UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-82186-CIV-CANNON/Reinhart

**CHRISTINA COOK**,

    Plaintiff,

v.

**XL SPECIALTY INSURANCE COMPANY**,

    Defendant.
_____/

### ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the Court upon Defendant's Motion to Dismiss, Motion for Judgment on The Pleadings, or, Alternatively, Motion to Compel Arbitration (the "Motion") [ECF No. 14], filed on January 10, 2022. On January 26, 2022, the Court referred the Motion to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation [ECF No. 18]. On April 21, 2022, Judge Reinhart issued a Report ("R&R") recommending that Defendant's Motion be granted in part and denied in part such the Motion to Dismiss be denied and the Motion to Compel Arbitration be granted [ECF No. 25 p. 11]. Neither party has filed an objection to the R&R, and the time to do so has expired.

Upon review, the Court finds the R&R to be correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion should be **GRANTED IN PART AND DENIED IN PART** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.     The R&R [ECF No. 25] is **ACCEPTED**.

CASE NO. 21-82186-CIV-CANNON/Reinhart

2. The Motion [ECF No. 14] is **GRANTED IN PART AND DENIED IN PART**, such that the Motion to Dismiss portion is **DENIED WITHOUT PREJUDICE** and the Motion to Compel Arbitration portion is **GRANTED**. Plaintiff shall be compelled to arbitrate her claims against Defendant.

3. This case is **STAYED** pending arbitration.

4. The Clerk of Court shall administratively **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 16th day of June 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record