UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-82186-CIV-CANNON/Reinhart

**CHRISTINA COOK**,

    Plaintiff,

v.

**XL SPECIALTY INSURANCE COMPANY**,

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Determine the Proper Arbitral Tribunal (the "Motion") [ECF No. 29], filed on July 7, 2022. On July 14, 2022, the Court referred the Motion to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation [ECF No. 30]. On August 12, 2022, Judge Reinhart issued a Report ("R&R") recommending that Plaintiff's Motion be denied [ECF No. 35 p. 4]. Neither party has filed an objection to the R&R, and the time to do so has expired.

Upon review, the Court finds the R&R to be correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion should be **DENIED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.     The R&R [ECF No. 35] is **ACCEPTED**.

2.     The Motion [ECF No. 29] is **DENIED**.

3.     This case remains **STAYED** pending arbitration.

CASE NO. 21-82186-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 30th day of August 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record